UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

READY CAPITAL CORPORATION,
READYCAP COMMERCIAL, LLC,
and READYCAP HOLDINGS, LLC,

      Plaintiffs,                            Case Number 19-13536

v.                                        Honorable David M. Lawson

READY CAPITAL CORPORATION,

      Defendant.

_____/

## ORDER AMENDING CAPTION

Pursuant to the stipulation of the parties (ECF No. 17),

It is **ORDERED** that the Clerk of Court shall **AMEND** the case caption and electronic docket to replace the misnomer of the plaintiff "Ready Holdings, LLC" with the correct name of that entity, which is "ReadyCap Holdings, LLC."

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   February 27, 2020

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on February 27, 2020.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI