UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| READY CAPITAL CORPORATION, a Maryland corporation, READYCAP COMMERCIAL, LLC, a Delaware limited liability company, and READYCAP HOLDINGS, LLC, a Delaware limited liability company,<br><br>                      Plaintiffs,<br><br>vs.<br><br>READY CAPITAL CORPORATION, a Michigan corporation, NATIONS HOME LOAN CORPORATION, a Michigan corporation, MPD, LLC, a Michigan limited liability company, and Mark Backonen,<br><br>                      Defendants. | Case No. 19-cv-13536-DML-EAS<br><br>Hon. David M. Lawson<br><br>**PLAINTIFFS READY CAPITAL CORPORATION ET AL. AND DEFENDANTS READY CAPITAL CORPORATION OF MICHIGAN ET AL.'S STIPULATION OF DISMISSAL WITH PREJUDICE** |

       The Parties, by and through their undersigned counsel of record, hereby stipulate and agree as follows:

       1.      The above-entitled action and all claims asserted by each party therein may be dismissed with prejudice and on the merits.

       2.      No costs, damages or other fees shall be awarded to any party; and each party shall bear their own costs.

Dated: <u>November 5, 2021</u>

<u>/s/ *James J. Saul*</u>
James J. Saul (IL 6287292)
**FAEGRE DRINKER BIDDLE & REATH LLP**
311 S. Wacker Drive, Suite 4300
Chicago, IL 60606
Tel: (312) 356-5053
Fax: (312) 212-6501
james.saul@faegredrinker.com

David R. Merritt (MN 0393062)
**FAEGRE DRINKER BIDDLE & REATH LLP**
2200 Wells Fargo Center 90 S. Seventh Street
Minneapolis, MN 55402
Tel: (612) 766-8770
Fax: (612) 766-1600
david.merritt@faegredrinker.com

Douglas P. LaLone (P45751)
**FISHMAN STEWART PLLC**
800 Tower Drive, Suite 160
Troy, MI 48098
Tel: (248) 594-0600
Fax: (248) 594-0610
dlalone@fishstewip.com

*Attorneys for Plaintiffs*

<u>/s/ *Philip Cwagenberg*</u>
Philip Cwagenberg (P36246)
David N. Zacks (P34192)
**ISHBIA & GAGLEARD, P.C.**
251 E. Merrill, Suite 212
Birmingham, MI 48009
Tel: (248) 647-8590
Fax: (248) 647-8596
dzacks@iglawfirm.com
pc@iglawfirm.com

*Attorneys for Defendants*

2