UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

READY CAPITAL CORPORATION,
READYCAP COMMERCIAL, LLC, and
READYCAP HOLDINGS, LLC,

        Plaintiffs,        Case Number 19-13536
v.        Honorable David M. Lawson

READY CAPITAL CORPORATION,
NATIONS HOME LOAN CORPORATION,
MPD, LLC, and MARK BACKONEN,

        Defendants.
_____/

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties (ECF No. 82), it is **ORDERED** that the case in its entirety is **DISMISSED WITH PREJUDICE** and without costs to any party.

It is further **ORDERED** that the plaintiffs' motions *in limine* (ECF No. 78, 79) are **DISMISSED** as moot.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated:  November 8, 2021